UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFF GOODMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  4:12-CV-0741-JCH |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis.  Upon review of the financial affidavit, the Court has determined that plaintiff is unable to pay the filing fee.  See 28 U.S.C. § 1915.  Consequently, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [#2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue on the complaint.

Dated this   3rd    day of May , 2012.


　　　　　　　　　　　　　　　　　　 /s/Jean C. Hamilton
　　　　　　　　　　　　　　　　　　JEAN C. HAMILTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE